| **United States Bankruptcy Court**<br>**District of Delaware** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Liberty State Financial Holdings Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Liberty Bell Financial Holdings Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-3745814** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2050 Springdale Road, Suite 2050**<br>**Cherry Hill, NJ**<br><div align="right">ZIP Code<br>**08003**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Camden** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Liberty State Financial Holdings Corp.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Liberty State Financial Holdings Corp.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _____
Signature of Attorney for Debtor(s)

Garvan F. McDaniel 4167
Printed Name of Attorney for Debtor(s)

Bifferato Gentilotti LLC
Firm Name

800 North King Street
Plaza Level
Wilmington, DE 19801
Address

**Email: gmcdaniel@bglawde.com**
302-429-1900 Fax: 302-429-8600
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Anthony R. Thompson
Printed Name of Authorized Individual

Chairman of the Board
Title of Authorized Individual

7 29 11
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110, 18 U.S.C. §156.*

## ANNEX TO VOLUNTARY PETITION

The following debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code and are seeking to have their cases jointly-administered:

Liberty State Benefits of Delaware Inc., a Delaware corporation

Liberty State Benefits of Pennsylvania, Inc., a Pennsylvania corporation

Liberty State Financial Holdings Corp., a New Jersey corporation

# LIBERTY STATE FINANCIAL HOLDINGS CORP.

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE
## BOARD OF DIRECTORS OF LIBERTY STATE FINANCIAL HOLDINGS CORP.
## DATED THE 29th DAY OF JULY, 2011

Pursuant to Section 14A:6-7.1(2) of the New Jersey Business Corporation Act, the undersigned, being all of the Directors of Liberty State Financial Holdings Corp., a New Jersey corporation (the "Company"), do hereby consent to the following actions, to the same extent as though duly presented to and unanimously adopted at a special meeting of the Board of Directors of the Company (the "Board") at which a quorum was present and acting throughout:

WHEREAS, the Board has considered the financial and operational aspects of the Company's business; and

WHEREAS, the Board has reviewed the historical performance of the Company and the current and long-term liabilities of the Company and its affiliates Liberty State Benefits of Delaware Inc. and Liberty State Benefits of Pennsylvania, Inc. (collectively, the "Affiliates"); and

WHEREAS, the Board intends for the Company and for the Affiliates to each file a voluntary petition under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the Board has reviewed, considered, and received the recommendations of the senior management of the Company and professionals and advisors to the Company as to the terms of the proposed restructuring to be implemented during the course of the bankruptcy proceedings; and

NOW, THEREFORE, IT IS HEREBY RESOLVED:

1.    After consultation with and in reliance on the advice of management and the outside attorneys and advisors to the Company, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and that the Company move to jointly administer the petitions of the Company and the Affiliates under the Bankruptcy Code for purposes of administrative efficiencies.

2.    The Company's proper officers (the "Officers") are directed, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, affidavits and other papers or documents, and to take any and all action which they deem necessary or proper to obtain such relief.

3. The Officers are directed, authorized and empowered to employ on behalf of the Company, Bifferato Gentilotti, a law firm with experience and expertise in the areas of workouts, non-bankruptcy reorganizations and bankruptcy reorganizations in similar situations to that of the Company.

4. The Officers are directed, authorized and empowered, in the name of, and on behalf of the Company, to take or cause to be taken any and all actions to execute and/or file or cause to be filed any and all documentation or pleadings, including but not limited, to (i) pleadings seeking court approval to sell all, or substantially all, of the assets of the Company pursuant to the applicable provisions of the Bankruptcy Code, whether in furtherance of a plan of reorganization or otherwise, (ii) pleadings seeking court approval of debtor-in-possession financing or use of cash collateral, (iii) agreements, including, but not limited to, debtor in possession credit agreements, debtor in possession financing term sheets, (iv) restructuring term sheets and restructuring agreements, and (v) stipulations, pleadings, and agreements appointing a chapter 11 examiner or trustee or converting the bankruptcy cases to cases under chapter 7 of the Bankruptcy Code, in each case on such terms and conditions as are available to the Company and are reasonable under the circumstances.

5. The Officers are directed, authorized and empowered, in the name of, and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each in his or her discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

6. All of the acts and transactions of management and members of the Board of Directors of the Company that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned in their capacity as members of the Board of Directors of the Company have executed this written consent as of the day first written above. This written consent may be executed in any number of counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and facsimile signatures shall have the same effect as original signatures.

_____
Anthony R. Thompson, Director

_____
William M. Kwasnik, Director

_James B. Hanna, Director_

_John L. Harris, Director_

_William T. Robinson, Director_

_Benjamin Silber, Director_

_John Rocco, Director_

Dennis C. Ferry, Director

Harry F. Bauer, Jr., Director

# United States Bankruptcy Court
## District of Delaware

In re    Liberty State Financial Holdings Corp.

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| See Attached | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairman of the Board of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____7/29/11_____

Signature_____
**Anthony R. Thompson**
**Chairman of the Board**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___  continuation sheets attached to List of Equity Security Holders

# LIST OF EQUITY SECURITY HOLDERS
### Attachment A

Hansford Rowe IFT
c/o Michael Kwasnik, Trustee
1426 Callowhill Street
Philadelphia, PA 19130

Lester and Beverly Siegmeister
1307 Sagemore Drive
Marlton, NJ 08053

Barbara Fleisher
15 Cynwyd Road
Bala Cynwyd, PA 19004

Dorothy M. Andrew
13 Avon Court
Turnersville, NJ 08012

Mark and Tina Anker
2583 Echo Springs Road
Chambersburg, PA 17201

Maxx Louis Anker
2583 Echo Springs Road
Chambersburg, PA 17201

Annette Baker
801 US Route 1
York, ME 03909

Ernest Barany
310 Carlisle Avenue
Mercerville, NJ 08619

Janice Barrett
333 Walnut Avenue
Oaklyn, NJ 08107

John Beachy
7 Mountain Run Road
Medford, NJ 08055

Gregory and Donna Beebie
2504 Lockleigh Road
Jamison, PA 18929

Mark Berenato
113 Bentwood Drive
Cherry Hill, NJ 08034

Donald and Suellen Bernard
1 Nantucket Court
Medford, NJ 08055

Rebecca Bongiorno
1616 Penn Avenue Unit 186
Vineland, NJ 08361

Anthony Bongiorno
1616 Penn Avenue Unit 186
Vineland, NJ 08361

Jayne Bliss
215 E. 80th Street
New York, NY 10021

Alvin Block
219 Delancey Street
Philadelphia, PA 19106

James Blymer
100 Timber Blvd.
Brooklawn, NJ 08030

Herman Boehm, Jr.
743 Sedgewick Court
Sewell, NJ 08012

Leon Brittingham, Jr.
509 South Old Mill Road
Dover, DE 19901-6203

Lester S. Brandt
7268 Lynford Street
Philadelphia, PA 19149

Carol Bresnen
571 Elbridge Road
Morrisville, PA 19067

Richard and Patricia Breyley
24 School House Drive
Medford, NJ 08055

Vicki L. Brickner
132 Pine Brook Drive
Mantua, NJ 08051

Albert Brittingham
30855 Cypress Lane
Old Church Landing
Laurel, DE 19956

Dorothy Brown
11 Kenton Place
Mt. Laurel, NJ 08054

Robert W. Brownholtz, Jr.
135 Westover Drive
Cherry Hill, NJ 0834

Robert W. Brownholtz, Sr.
135 Westover Drive
Cherry Hill, NJ 08034

Timothy Buckley
550 Belleview Avenue
Hammonton, NJ 08037

William Byrd
c/o Patricia Byrd
1205 Creek Road
Bellmawr, NJ 08031

Julie Zhan
215 East Gorgas Lane
Philadelphia, PA 19119

David Caccia
PO Box 1788
Honokaa, HI 96727

Henry Cancila
1044 Standish Drive
Turnersville, NJ 08012

Christopher Capritti
345 Colonial Drive
Wenonah, NJ 08090

Charles and Marie Carr
1575 Ellis Avenue
Laurel Springs, NJ 08021

Gisela Carino
473 Dewey Road
Bellmawr, NJ 08031

Albert Catarro
416 Princeton Avenue
Cherry Hill, NJ 08002

Catherine Kwasnik IFT
c/o Michael Kwasnik, Trustee
1426 Callowhill Street
Philadelphia, PA 19130


Joseph and Doris Cerrone
117 Browning Lane
Brooklawn, NJ 08030

Judith and Anthony Cestone
9301 Atlantic Avenue # 304
Ocean City, MD 21842

David Chalmers
500 Gatewood Road
Cherry Hill, NJ 08003

Joseph and Joan Chalmers
129 Merion Road
Cherry Hill, NJ 08002

Joseph and Carole Yates
107 New Road
Tabernacle, NJ 08088

Anna Christy
4307 Bleigh Avenue
Philadelphia, PA 19136

Ottavio C. Cinelli
280 Hopewell Road
Medford, NJ 08055

Ottavio C. Cinelli (UTMA)
280 Hopewell Road
Medford, NJ 08055

Jonathan Yates
107 New Road
Tabernacle, NJ 08088

Todd Cinelli
280 Hopewell Road
Medford, NJ 08055

Ottavio J. Cinelli
409 Barton Run Blvd.
Marlton, NJ 08053          J

James Yates
107 New Road
Tabernacle, NJ 08088

Julius Cinelli
280 Hopewell Road
Medford, NJ 08055

Barbara Cinelli
280 Hopewell Road
Medford, NJ 08055

Joseph Cisela
158 S. Oakland Avenue
Runnemede, NJ 08076

Irene Civinski
3103 Cedar Bridge Road
Northfield, NJ 08225

Janet and Stephen Cohen
1763 Country Club Drive
Cherry Hill, NJ 08003

Mary Conway
677 W. DeKalb Pike Suite 3
King of Prussia, PA 19406

Ann Marie Cook
16 Clearbrook Lane
Sewell, NJ 08080

Allan and Mary Willis
304 Irick Road
Westampton, NJ 08060

Albert Cowling
677 W. Dekalb Pike
King of Prussia, PA 19406

Lester F. Craven
979 Creamery Road
Newton, PA 18940

Majorie Craven
F/B/O Majorie Claasen
976 Creamery Road
Newton, PA 18940

Reginald and Eleanor Wickham
731 Cascade Drive North
Mt. Laurel, NJ 08054

Marjorie and Lester Craven
979 Creamery Road
Newton, PA 18940

Anthony Crescenzo, Jr.
1317 13th Street
Folsom, NJ 08037

Martha Curren-Kin
14 Lakeworth Drive
Berlin, NJ 08009

James Daisey
308 Sherwood Avenue
Gloucester City, NJ 08030

Jacob Yates
107 New Road
Tabernacle, NJ 08088

Adrienne Davis
4090 Wood Drive
Mount Dora, FL 32757

Jeanette DeAngelo
65 Grant Lane
Berlin, NJ 08009

Erik Deitsch
7815 NW 11th Way
Parkland, FL 33076

Diane DeLuca and Louis B. Panza, Jr.
2416 S. 12th Street
Philadelphia, PA 19148

Edward H. Weisberg
10913 Templeton Drive
Philadelphia, PA 19154

Carmine and Loretta DeSopo
221 Tulip Tree Drive
Westampton, NJ 08060
Alea DiBella
54 Glen Burnie Drive
Sicklerville, NJ 08081

Kelsey DiBella
54 Glen Burnie Drive
Sicklerville, NJ 08081

Mackenzie DiBella
16 Tranquility Court
Southampton, NJ 08088

Madison DiBella
16 Tranquility Court
Southampton, NJ 08088

Russell and Mary DiBella
30 Powell Place Road
Tabernacle, NJ 08088

Michael and Gretchen DiBella
16 Tranquility Court
Southampton, NJ 08088

Russell and Kelley DiBella
54 Glen Burnie Drive
Sicklerville, NJ 08081

Becca Renee Dice
2350 Stillhouse Hollow Road
Shippensburg, PA 17257

Emily Jean Dice
2350 Stillhouse Hollow Road
Shippensburg, PA 17257

Joshua Paul Dice
2350 Stillhouse Hollow Road
Shippensburg, PA 17257

Mindy Lynn Dice
2350 Stillhouse Hollow Road
Shippensburg, PA 17257

Christine M. Dickson
1446 Birch Lane
Perkasie, PA 18944

Robert Didio
119 Preakness Drive
Mullica Hill, NJ 08062

Charles F. Dillon
467 Brookhurst Avenue
Narberth, PA 19072

Barbara E. Donahue
105 Hampshire Court
Deptford, NJ 08096

Susan D'Ottavi
1981 Tuckahoe Road
Petersburg, NJ 08270

Drissel's Hardware, Inc.
PO Box 1014
Turnersville, NJ 08012

Kay Drissel
1907 Monroeville Road
Monroeville, NJ 08343

Robert B. Drissel, Sr.
312 S. Cummings Avenue
Glassboro, NJ 08028

Samuel and Sara Drissel
7 Richard Stockton Clusters
Turnersville, NJ 08012

Thomas Drissel
1907 Monroeville Road
Monroeville, NJ 08343

Andre J. Dubbeling
2550 Lakeside Drive W.
Medford, NJ 08055

Matthew Duca
275 High Street East
Apt. 203K
Glassboro, NJ 08330

Dawn Ducat
120 McClelland Avenue
Pitman, NJ 08071

Doris G. Ducat
120 McClelland Avenue
Pitman, NJ 08071

Scott and Roberta Dunlap
15 Hornbleade
Willingboro, NJ 08046

Kevin E. Durkin
128 Avdmore Avenue
Haddonfield, NJ 08033

E.H. Hall Group, LLC
c/o Edward H. Hall
43 Lowell Drive
Marlton, NJ 08053

John T. Ellingsworth
35067 Blossom Court
Pittsville, MD 21850

John Emmel, Jr.
3122 S. 13th Street
Philadelphia, PA 19148

Shirley Emmerling
2035 West High Street
Haddon Heights, NJ 08035

Environmental Services Group, Inc.
PDS Bldng, Suite 417
401 Cooper Landing Road
Cherry Hill, NJ 08002

Mr. and Mrs. Carmen Esposito
105 Linden Avenue
Riverton, NJ 08077

Isadore and Ann Esposito
416 Oak Avenue
Woodbury Heights, NJ 08097

Faiola Children's Trust
c/o Michael W. Kwasnik, Trustee
1426 Callowhill Street
Philadelphia, PA 19130

Alexander J. FanFarillo, Jr.
538 Fish Pond Road
Glassboro, NJ 08028

John D. Feast
18 N. Syracuse Drive
Cherry Hill, NJ 08034

Ferry Irrevocable Trust
c/o Michael W. Kwasnik, Trustee
1426 Callowhill Street
Philadelphia, PA 19130

Herbert and Barbara Fichman
1766 Garwood Drive
Cherry Hill, NJ 08003

Carolyn B. Fisher
65 Deerfoot Path
Cutchogue, NY 11935

Harold L. Fisher
5780 Midnight Pass Rd.
Sarasota, FL 34242

Romona Flitter
1144 Tabor Plaza
Philadelphia, PA 19111

Jacob Christopher Fore
2583 Echo Springs Road
Chambersburg, PA 17201

Zachorry Barmont Fore
2883 Echo Springs Road
Chambersburg, PA 17201

Edwin H. Foster
4 Grist Mill Road
Medfield, MA 02052

Lynda and Thomas Fote
22 Cruiser Court
Toms River, NJ 08753

Graham R. Fox
42 Tritown Circle
Mashpee, MA 02649

Katie M. Fox
42 Tritown Circle
Mashpee, MA 02649

Rachel B. Fox
362 Log Road
Smithfield, RI 02917

Robert Fox
42 Tri Town Circle
Mashpee, MA 02649

Michael Francis
Jean Gorman
1076 Granite Street
Philadelphia, PA 19124

Albert Francesconi
304 Foxwood Lane
Marlton, NJ 08053

Mary Anna Francis
1 New Castle Drive
Southampton, NJ 08088

Thomas Frannicola
26 Tara Drive
Sewell, NJ 08080

Joanne Frarro
Westbrook Bowling Lane
Route 130
Brooklawn, NJ 08030

Robert E. Galletta
134 Golden Eagle Drive
Hammonton, NJ 08037

Joseph Gullo
107 W. Collings Avenue
Collingswood, NJ 08108

Joseph and Lorraine Ganun
12 Nottingham Road
Marlton, NJ 08053

Anthony and Jennifer Garbarino
107 Old Colony Lane
Marlton, NJ 08053

James and Patricia Gardiner
450 Highland Avenue
Collingswood, NJ 08108

John W. Gault
416 Mansfield Avenue
Haddonfield, NJ 08033

Sandra Gilligan
35 'G' Street
Woodbury, NJ 08096

Daria Giles
225 Noreg Place
Brooklawn, NJ 08030

Eden Ginn
15 Cynwyd Road
Bala Cynwyd, PA 19004

Carol G. Gantz
8 Brigham Road
Lexington, MA 02420

Graceland Management Corp.
1900 Galloping Hill Road
PO Box 265
Kenilworth, NJ 07033

Joseph Granahan
201 N. Presidential Blvd.
Suite 201
Bala Cynwyd, PA 19004

Janice and Jonathan Gratz
36 Elmgate Road
Marlton, NJ 08053

Virma Guzman-Reyes
Christina L. Salazar
30 W. Monroe Street
Mt. Holly, NJ 08060

Edward and Maria Hall
43 Lowell Drive
Marlton, NJ 08053

Michael Hall
819 Magill Avenue
W. Collingswood, NJ 08107

Ivan Hamberg
100 S. Berkley Square
Apt. 10E
Atlantic City, NJ 08401

Susan Hamberg
7509 Woodlawn Avenue
Melrose Park, PA 19126

Danielle Hanna
109 Breckinridge Road
Erial, NJ 08081

Jacqueline Hanna
109 Breckinridge Road
Erial, NJ 08081

James and Diane Hanna
109 Breckenridge Drive
Erial, NJ 08081

John L. Harris FLP
24 Canterbury Drive
Pennsville, NJ 08070

Robert and Judith Harris
6 Winchester Road
Shrewsbury, PA 17361

Gulnaz Hashmi
7 Audrey Court
Voorhees, NJ 08043

Robert and Miriam Hayes
15 Maplewood Avenue
Carneys Point, NJ 08069

William and Beverly Heller
9103 Water Hazard Drive
Hudson, FL 34667

Betsy Hendricks
3821 New Franklin Road
Chambersburg, PA 17201

Keith A. Herman
641 Guilford Road
Cherry Hill, NJ 08003

Connie Troxell
3406 Kenwood Drive West
Pine Hill, NJ 08021

Herzog, Heine, Geduld, Inc.
26 Broadway
New York, NY 1004

Wm Hill
712 Main Street
Sewell, NJ 08080

Richard and Lizann Hinds
15469 Varden Street
Sherman Oaks, CA 91403

John R. Hitt
529 Richmar Drive
Nashville, TN 37211

Alvin and Elizabeth Homan
8 McCoubrie Street
Pilesgrove, NJ 08098

Edward Hovatter
701 Yorktown Lane
Moorestown, NJ 08057

Kimberly Hovatter
701 Yorktown Lane
Moorestown, NJ 08057

Curt Hudson
6 East Haddon Avenue
Oaklyn, NJ 08107

Marie Morrill Iannone
3473 Bowman Street
Philadelphia, PA 19129

IDM Consulting
Rick Tibberino
351 Arbor Lane
Ambler, PA 19002

Lisa Ireland
507 Clems Run Road
Ewan, NJ 08025

Wayne Irons
4010 Princeton Pike
Princeton, NJ 08540

William Jenkines III
14515 Briar Forrest Drive
Apt. 1922
Houston, TX 77077

William Jentsch
81 Day Street
Bloomfield, NJ 07003

Robert P. Johnson
400 Chapel Heights Road
Sewell, NJ 08080

Michael Kamenar
4721 Old Egg Harbor Road
Egg Harbor, NJ 08215

Marianne Kane
404 Redhead Way
Virginia Beach, VA 23451

Howard Kanowitz
4 Gettysberg Drive
Voorhees, NJ 08043

Barbara Kassekert
13 Montclair Avenue
Berlin, NJ 08009

Simon Kaufman
138 Gagnon Road
Fairfield, ME 04937

Francine Keller
2 Oakhurst Lane
Mt. Laurel, NJ 08054

Paul and Anita Von Zech
30 Doncaster Court
Cherry Hill, NJ 08003

Jennifer Kuty
97 Cool Run Road
Bridgeton, NJ 08032

Garfield Kennedy
3663 Sipler Lane
Huntington Valley, PA 19006

Arif Khan
453 Elbo Lane
Mt. Laurel, NJ 08054

Gregory Kincaid
5 Red Hill Court
Mt. Laurel, NJ 08054

Howard Kincaid
24 Kendall Blvd.
Oaklyn, NJ 08107

John Klim
c/o William Robinson
800 Oak Ridge Road
Bryn Mawr, PA 19010

Robert C. Knittel
51 Woodlark Drive
Mt. Laurel, NJ 08054

Kevin and Carol Koerner
6 Broadacre Drive
Mt. Laurel, NJ 08054

Irvin and Lorraine Kosofsky
3126 W. Hood Avenue
Chicago, IL 60659

Patricia Krotz
977 Creamery Road
Newtown, NJ 18940

Joseph F. Kwiatkowski
8 North Colts Neck Way
Hockessin, DE 19707

Gerald S. White
105 Ladderback Lane
Devon, PA 19333

Megan and Anthony Ladik
506 S. Vineyard Blvd.
Collingswood, NJ 08108

Karen Lahullier
325 Woodstown Road
Woolwich, NJ 08085

Jeffrey Land
415 Lavender Hill Drive
Cherry Hill, NJ 08003

Robert LaRocca
17 Windsor Drive
Egg Harbor Township, NJ 08234

Marie Lee
5 Kingswood Road
Shammong, NJ 08088

Ronald Leielli
12 Hutchinson Place
Brigantine, NJ 08203

James and Barbarann Lewis
7 Shipps Way
Delanco, NJ 08075

Arthur Lipshutz
4116 Kingston Way
Sarasota, FL 34238

Dominick Lobraico
458 Sycamore Avenue
Shrewsbury, NJ 07702

Richard Lucchesi
224 Heritage Road
Cherry Hill, NJ 08034

Gary Ludwigsen
292 Brentwood Road
Springfield, MA 01115

Michael and Carol Macaluso
2 Willow Point
Moorestown, NJ 08057

Michael Macaluso, Sr.
2 Willow Point
Moorestown, NJ 08057

Michael Macaluso, Jr.
543 Bartram Road
Moorestown, NJ 08057

Stacey Macaluso
543 Bartram Road
Moorestown, NJ 08057

MacBrien Family Limited Partnership
6500 Owego Court
Holly Springs, NC 27540

Vincent Malovich
100 Richey Avenue SHM Bldg
Collingswood, NJ 08107

Barbara Mann
c/o New Canaan Travel World
12 East Maple Street
New Canaan, CT 06840

Robert Maresca
19 Yarrow Place
Mt. Laurel, NJ 08054

Bonnie Wagner
8 Begonia Court
Marlton, NJ 08053

Judith Martinez
125 Academy Avenue
Woodbury Heights, NJ 08097

Thomas McCann
Aura-Willow Grove Road
PO Box 2
Monroeville, NJ 08343

Matthew Tustin
802 Balis Court
Mullica Hill, NJ 08062

Clare Tustin
802 Balis Court
Mullica Hill, NJ 08062

John McDermott
650 W. Street Road
Southampton, PA 18956

John McGraner
15 Whipporwill Valley Road
Atlantic Highlands, NJ 07716

Jessica McIlvaine
c/o Anthony Thompson
168 Trappe Lane
Langhorne, PA

Laura McNeice
6 Chesterfield Court
Flemington, NJ 08822

Silvana Milelli
40 Euston Road West
Marlton, NJ 08053

Debra Miller
3821 Ramage Run
Huntington Valley, PA 19006

Stuart D. Mills
1720 Route 70 East
Cherry Hill, NJ 08003

Maria Mingroni
PO Box 1532
Blackwood, NJ 08112

Beverly J. Moan
126 Heritage Loop
Glassboro, NJ 08028

Francesco Mollo
9 Christopher's Lane
Glassboro, NJ 08028

Stanley Molotsky
SHM Bldng
100 Rich Avenue
W. Collingswood, NJ 08107

Salvatore Montesano
25 Stonywell Court
Dix Hills, NY 11746

Toni Moore
43 Spruce Street
Beachwood, NJ 08722

James W. Moyles
600 Druid Road East
Clearwater, FL 33756

James Muller
325 Chanticleer
Cherry Hill, NJ 08003

Shawn Novack
243 Jericho Road
Brideton, NJ 08302

Nathan Wachman
402 Belmont Drive
Cherry Hill, NJ 08002

Robert Norton
108 Winding Way
Hammonton, NJ 08037

Margaret Mary Novack
Auro-Willow Grove Road
PO Box 2
Monroeville, NJ 08343

Walter Novack
Auro-Willow Grove Road
PO Box 2
Monroeville, NJ 08343

Michael and Diane O'Connor
1029 Crozer Lane
Springfield, PA 19064

Linnea R. Oldman
4900 Church Street
Mt. Laurel, NJ 08054

Tara Oldman
4900 Church Street
Mt. Laurel, NJ 08054

Dolores Scarbrough
21929 White Pine Terrace
Boca Raton, FL 33428

Steven Paino
292 Hughes Road
King of Prussia, PA 19406

Lee Parisi, Sr.
38 Jennifer Lane
Burlington, NJ 08016

Thomas Patterson
36 Conwell Avenue
Cherry Hill, NJ 08002

Charles R. Patti
267 White Horse Pike
Audubon, NJ 08106

Charles and Angeline Patti
267 White Horse Pike
Audubon, NJ 08106

Irma Penneys
41 Conshohocken State Road
Bala Cynwyd, PA 19004

William Robinson
800 Oak Ridge Road
Bryn Mawr, PA 19010

Donald E. Pitzer
1004 Westerly Drive
Marlton, NJ 08053

Mario and Pauline Polidoro
710 Mildred Avenue
Somerville, NJ 08083

John and Marie Posluszny
4 Alton Court
Toms River, NJ 08757

Steve Primavera
111 Wieland Avenue
Staten Island, NY 10309

Marcia Primus
107 Middleton Place
Yardville, NJ 08620

Margaret Proch
131 Wyndmoor Road
Springfield, PA 19064

Chaim and Nechama Prus
380 Parker Street
Newton, MA 02459

Louis and Mary Radell
1723 East Street
Honesdale, PA 18431

Ken Reich
223 Laurel Avenue
Glassboro, NJ 08028

John Reihl
5619 Bayshore Road Lot 130
Palmetto, FL 34221

Michelle Resavy – Strockbine
753 Union Road
Mickleton, NJ 08056

Erica Reynolds
22 Sharpless Blvd
Westampton, NJ 08060

Thomas Reynolds III
Gerrie Fitzsimmons
139 Parasol Place
Sewell, NJ 08080

Isabella Ricketts
5202 Glenwood Drive
Pine Hill, NJ 08021

Patricia Roberts
814 Marlowe Road
Cherry Hill, NJ 08003

John Rocco
6 Wheelwright Court
Cherry Hill, NJ 08003

Melissa Rochman
3423 Avalon Court
Voorhees, NJ 08043

Anthony Rodi
904 Haddonfield Road
Cherry Hill, NJ 08002

Joseph Rodi
904 Haddonfield Road
Cherry Hill, NJ 08002

William Rodio
381 S. Liberty Street
Hammonton, NJ 08037

William and Mary Roe
2129 Foulk Road
Boothwyn, PA 19061

Joan Roche
1401 Pulaski Avenue
Mt. Holly, NJ 08060

Robert and Charity Rozell
295 Meadowbrook Road
Robbinsville, NJ 08691

Barry and Marcia Russell
9 Pine Blvd.
Medford, NJ 08055

William Russell
399 Thornridge Drive
Levittown, PA 19054

Debra Santarpio
1771 Springdale Road
Cherry Hill, NJ 08003

Brian Schaeffer
706 Hunters Lane
Mt. Laurel, NJ 08054

Wilhelm Schafer
3411 Decatur Drive
Philadelphia, PA 19135

James Schlachter
121 Country Commons
Apt. 3338
Bensalem, PA 19020

Jeffrey J. Weiss
273 Warren Drive
Wrightstown, NJ 08562

George S. Schulgen
909 Old Indian Mills Road
Tabernacle, NJ 08088

Aaron Schwartz
3 Beebe Lane
Southampton, NJ 08088

Joanne Schwartz
3 Beebe Lane
Southampton, NJ 08088

Stephen Schwartz
3 Beebe Lane
Southampton, NJ 08088

Michael Segal
8 Brigham Road
Lexington, MA 02420

Linda and Carl Seigel
3569 Talley Ridge Drive
The Villages, FL 32162

Carl Seitz
705 Haverford Road
Bryn Mawr, PA 19010

Mary Shamp
c/o Lynn Norwood
719 Dale Drive
Silver Spring, MD 20910

Rajinder Sharma
151 Livingston Drive
New Brunswick, NJ 08901

William N. Whelen
PO Box 460
Georgetown, DE 19947

Gerald White
6208 Wisconsin Avenue
Chevy Chase, MD 20815

Roger Shoemaker
916 Gilbert Road
Cheltenham, PA 19012

Dale Shoyer
790 Carteret Circle
Mt. Laurel, NJ 08054

Darren Shoyer
790 Carteret Circle
Mt. Laurel, NJ 08054

Timothy Siddall
305 Centaurian Drive
Berlin, NJ 08091

Selliken Family Limited Partnership
3103 Cedarbridge Road
Northfield, NJ 08225-1014

Alex Sikora
9712 Walley Avenue
Philadelphia, PA 19115

Benjamin Silber
1920 Frontage Road
Apt. 808
Cherry Hill, NJ 08034

Heide Silva
121 Bert Road
Williamstown, NJ 08094

Edward Smeder
26 E. Hendrickson Avenue
Morrisville, PA 19067

Rosemarie and Richard Smeder
4646 Cypress Avenue
Trevose, PA 19053

Stephen and Barbara Smeresky
62 Heather Road
Turnersville, NJ 08012

Amanda Smith
31 N. Maple Avenue
Apt. 95
Marlton, NJ 08053

Frank SpadaFora
5 Arborwood Court
Sewell, NJ 08080

Edward Spurka
4675 Lake Drive
Cumming, GA 30040

Edward Spurka, III
114 Somerfield Road
Woolwich, NJ 08085

Edward and Patricia Spurka
114 Somerfield Road
Woolwich, NJ 08085

Eric J. Spurka
114 Somerfield Road
Woolwich, NJ 08085

Joseph T. Spurka
103 Daffodil Lane
Levittown, PA 19055

Lisa Winneberger
223 E. Oakbourne Avenue
Galloway, NJ 08205

Michael and Angelika Stone
22 Elm Avenue
Pitman, NJ 08071

Carol Stowman
421 Park Place Drive
Cherry Hill, NJ 08002

Catherine Sullivan
216 Petitt Avenue
Cherry Hill, NJ 08002

James and Kathleen Sundstrond
38 Regent Road
Cherry Hill, NJ 08003

Thomas Tate
474 Walker Road
Wayne, PA 19087

Anne Taylor
10415 Overgate Place
Potomac, MD 20854

Kenneth Tharp
1 Tall Cedar Court
Germantown, MD 20896

F. Eric Thompson
1008 Hunter Lane
Lake St. Louis, MO 63367

Sean M. Thompson
1008 Hunter Lane
Lake St. Louis, MO 63367

Anthony and Dorothy Thompson
168 Trappe Lane
Langhorne, PA 19047

Anthony Thompson
168 Trappe Lane
Langhorne, PA 19047

Larry E. Tosten III
1660 Hamilton Hills Drive
Chambersburg, PA 17201

Lucas M. Tosten
2965 Philadelphia Avenue
Chambersburg, PA 17201

Stephanie M. Tosten
1660 Hamilton Hills Drive
Chambersburg, PA 17201

Morgan C. Tosten
5434 Rice Road
Chambersburg, PA 17202

Nikki L. Tosten
1660 Hamilton Hills Drive
Chambersburg, PA 17201

Gerald and Kathleen Tower
51 Sturbridge Drive
Erial, NJ 08081

Gerald Tower III
51 Sturbridge Drive
Erial, NJ 08081

Lauren Tower
51 Sturbridge Drive
Erial, NJ 08081

Zane Tower
51 Sturbridge Drive
Erial, NJ 08081

Dawn Travers
6 Wyckham Road
Spring Lake, NJ 07762

Joseph Tretina
819 W. Fisher Avenue
Philadelphia, PA 19141

Margaret Tretina
172 ButterPat Road
Hartly, DE 19953

Joseph Tricomi
4 Doral Court
Marlton, NJ 08053

William Campbell
c/o Francis McCartney
1 Indian Road
Woodbury, NJ 08096

Manuel Rodriguez
200 Glen Crest Drive
Neshanic Station, NJ 08853

Sharad Gandhi
15 Cedar Hill Court
Voorhees, NJ 08043

Felicia Kakol Pfiel
9 Freedom Court
Deptford, NJ 08096

David DuCoin
15 E. Centre Street
Woodbury, NJ 08096

Daniel Buck
1 Brandywine Court
Voorhees, NJ 08043

David DuCoin
15 E. Centre Street
Woodbury, NJ 08096

Edward and Jane Turner
18 Parker Avenue
Grenloch, NJ 08032

Jeff Altman
11 Grosvenor Lodge
94 Grosvenor
London, UK SW1V31

George and Etsuko Staib
140 Elsa Drive
Fullerton, CA 92035

Jeff Altman
11 Grosvenor Lodge
94 Grosvenor
London, UK SW1V31

Darlene Alfonsi
708 Park Drive
Cherry Hill, NJ 08002

Suzan Leonard
6 Kindle Court
Clayton, NJ 08312

Edward Weisberg
10913 Templeton Drive
Philadelphia, PA 19154

Edward Weisberg
10913 Templeton Drive
Philadelphia, PA 19154

Sharad Gandhi
15 Cedar Hill Court
Voorhees, NJ 08043

Richard Pikunis
1701A Yarmouth Lane
Mt. Laurel, NJ 08054

Clare Andreoni
90 Ferris Street
Pawtucket, RI 02861

Dorothy Briscoe
c/o Jack Briscoe
100 South Broad Street, Suite 226
Land Title Building
Philadelphia, PA 19110

Jack C. Briscoe
100 South Broad Street, Suite 226
Land Title Building
Philadelphia, PA 19110

Jack C. and Dorothy Briscoe
100 South Broad Street, Suite 226
Land Title Building
Philadelphia, PA 19110

Jeffrey S. Briscoe
c/o Jack C. Briscoe
100 South Broad Street, Suite 226
Land Title Building
Philadelphia, PA 19110

Francis Cabrey
735 Blythe Avenue
Drexel Hill, PA 19026

Canale FLP
728 Sunrise Blvd.
Forked River, NJ 08731

Jennie Canale
728 Sunrise Blvd.
Forked River, NJ 08731

Sally Danaher
601 Fairview Avenue
Woodbury Heights, NJ 08097

Scott Dickerson
893 Lantern Way
Clearwater, FL 33765

Dennis Ferry
18 Holly Lane
Blackwood, NJ 08012

Marie Fox
c/o Anthony Thompson
168 Trappe Lane
Langhorne, PA 19047

Steven Hewett
429 S. 45th Street
Philadelphia, PA 19104

Robert Hofstetter
RD #1 Box 330
Sewell, NJ 08080

Maria Holroyd FLP
c/o Michael Kwasnik, Trustee
1426 Callowhill Street
Philadelphia, PA 19130

Margaret Morrill
403 N. Dover Avenue
Atlantic City, NJ 08401

Barbara Myer
65 Bryant Road
Turnersville, NJ 08012

OTRA Financial
116 Maryland Street, Suite 120
Glendale, CA 91206

Emily Schnell
100 Horton Avenue
Brooklawn, NJ 08030

Phillip and Emily Schnell
100 Horton Avenue
Brooklawn, NJ 08030

Curtis Sharp
8519 10th Avenue
N. Bradentown, FL 34209

Curtis and Mary Sharp
8519 10th Avenue
N.W. Bradentown, FL 34209

# United States Bankruptcy Court
## District of Delaware

In re   Liberty State Financial Holdings Corp.

Case No. _____

Debtor(s)

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alternative Financial Solutions, LLC<br>1111 Marlkress Road<br>Suite 100<br>Cherry Hill, NJ 08003 | Alternative Financial Solutions, LLC<br>1111 Marlkress Road<br>Suite 100<br>Cherry Hill, NJ 08003 | Judgment | | 580,000.00 |
| Barbara H. Fleisher/Michael Ginn<br>15 Bala Cynwyd Rd.<br>Bala Cynwyd, PA 19004 | Barbara H. Fleisher/Michael Ginn<br>15 Bala Cynwyd Rd.<br>Bala Cynwyd, PA 19004 | Loan | | 210,000.00 |
| Gold Gocial Gerstein<br>261 Old York Road<br>Suite 900<br>Jenkintown, PA 19046 | Gold Gocial Gerstein<br>261 Old York Road<br>Suite 900<br>Jenkintown, PA 19046 | Judgment | | 258,237.65 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.
In re   **Liberty State Financial Holdings Corp.**
_____
Debtor(s)

Case No.  _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairman of the Board of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____7 | 29 | 11_____          Signature _____
                                                 Anthony R. Thompson
                                                 Chairman of the Board

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re ___Liberty State Financial Holdings Corp.___

Debtor(s)

Case No. _____

Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   7/29/11

Anthony R. Thompson/Chairman of the Board
Signer/Title

LIBERTY STATE FINANCIAL HOLDINGS CORP.
2050 SPRINGDALE ROAD, SUITE 2050
CHERRY HILL, NJ 08003


GARVAN F. MCDANIEL
BIFFERATO GENTILOTTI LLC
800 NORTH KING STREET
PLAZA LEVEL
WILMINGTON, DE 19801

ALTERNATIVE FINANCIAL SOLUTIONS, LLC
1111 MARLKRESS ROAD
SUITE 100
CHERRY HILL, NJ 08003


BARBARA H. FLEISHER/MICHAEL GINN
15 BALA CYNWYD RD.
BALA CYNWYD, PA 19004


BARBARA H. FLEISHER/MICHAEL GINN PENSION
PLAN DATED 10-1-77
15 BALA CYNWYD RD.
BALA CYNWYD, PA 19004


BENEFICAL MUTUAL SAVINGS BANK
530 WALNUT STREET
ATTN: DEWEY H. SMITH, AVP
PHILADELPHIA, PA 19106


GOLD GOCIAL GERSTEIN
261 OLD YORK ROAD
SUITE 900
JENKINTOWN, PA 19046


IMPERIAL PREMIUM FINANCE, LLC
701 PARK OF COMMERCE BLVD.
SUITE 301
BOCA RATON, FL 33487

# United States Bankruptcy Court
## District of Delaware

In re   <u>Liberty State Financial Holdings Corp.</u>

                                          Debtor(s)

Case No. _____

Chapter   <u>11</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Liberty State Financial Holdings Corp.</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

Date   <u>7/24/11</u>

Garvan F. McDaniel 4167
Signature of Attorney or Litigant
Counsel for   <u>Liberty State Financial Holdings Corp.</u>
**Bifferato Gentilotti LLC**
**800 North King Street**
**Plaza Level**
**Wilmington, DE 19801**
**302-429-1900 Fax:302-429-8600**
**gmcdaniel@bglawde.com**